UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW JAMES GRAHAM,

    Plaintiff,

v.

SANTA CRUZ CO. JAIL, et al.,

    Defendants.

Case No. 14-cv-02845-KAW

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Matthew James Graham, a state prisoner incarcerated at the Santa Cruz County Jail ("SCCJ"), filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging claims based on overcrowding at the SCCJ. The Court dismissed the complaint, noting that general allegations about overcrowding do not state a cognizable constitutional claim, but granted Plaintiff leave to amend to allege specific instances in which overcrowding resulted in unsafe conditions that affected him directly. Plaintiff filed a First Amended Complaint ("FAC"), which the Court reviewed on November 5, 2014. The Court noted that, in his FAC, Plaintiff appeared to be attempting to state an Eighth Amendment claim based on deliberate indifference to his serious medical needs, but the claim was deficient. The Court granted Plaintiff leave to file a Second Amended Complaint ("SAC") to remedy the noted deficiencies. Plaintiff was given twenty-eight days in which to file his SAC.

On November 26, 2014, the Court granted Plaintiff's request for an extension of time, to January 5, 2015, to file his SAC. This date has passed and Plaintiff has not filed his SAC or communicated with the Court. Therefore, this action is dismissed with prejudice. *See* Fed. R. Civ. P. 41(b); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 989, 992 (9th Cir. 1999) (affirming dismissal with prejudice following plaintiff's failure to amend complaint after receiving leave to do so, where the interest in expeditious resolution of litigation, the court's management of its

1 docket, and avoiding prejudice to defendants favored dismissal).

2 The Clerk of the Court shall enter judgment, terminate all pending motions and close the
3 file.

5 **IT IS SO ORDERED**.

6 Dated: February 3, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge